# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CRYPTOPEAK SOLUTIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> THE HOME DEPOT, INC., and HOMER TLC, INC., <br><br> Defendants. | Case No. 2:15-cv-1747 <br><br><br> JURY TRIAL DEMANDED |

## JOINT MOTION AND STIPULATION REGARDING DISMISSAL OF HOMER TLC, INC. WITHOUT PREJUDICE AND SUBSTITUTION OF THE HOME DEPOT, INC.

Plaintiff CryptoPeak Solutions, LLC ("CryptoPeak") and Defendants The Home Depot, Inc. and Homer TLC, Inc. (collectively, "Defendants") (Defendants and CryptoPeak referred to below as the "Stipulating Parties") jointly submit this motion and stipulation regarding: (1) the dismissal of Homer TLC, Inc. without prejudice and (2) the substitution of Home Depot U.S.A., Inc. for The Home Depot, Inc. as the named defendant in Civil Action No. 2:15-cv-1747 (the "Action"). Defendants hereby make the following representations:

1. Neither The Home Depot, Inc. nor Homer TLC, Inc. make, use, sell, offer for sale, or import any product or service accused of infringement in this Action. Instead, the relevant operating entity for the purpose of this Action is Home Depot U.S.A., Inc.

2. Based on Defendants' representations above, the Stipulating Parties hereby request: (1) Homer TLC, Inc. be dismissed without prejudice from the Action; and (2) Home Depot U.S.A., Inc. be substituted in as the named defendant for The Home Depot, Inc.

Accordingly, CryptoPeak and Defendants request that the Court enter the attached Order dismissing Homer TLC, Inc. without prejudice and substituting Home Depot U.S.A., Inc. as the named defendant in place of The Home Depot, Inc.

Respectfully submitted,

Dated:  September 27, 2016

/s/ Nicholas G. Papastavros
Nicholas G. Papastavros
Massachusetts State Bar No. BBO635742
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Telephone:  617.406.6000
Facsimile:  617.406.6119
nick.papastavros@dlapiper.com

John M. Guaragna
Texas Bar No. 24043308
**DLA PIPER LLP (US)**
401 Congress, Suite 2500
Austin, TX 78701
Telephone:  512.457.7000
Facsimile:  512-457.7001

ATTORNEYS FOR DEFENDANTS

/s/ Craig Tadlock (w/permission)
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 27, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.


*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros